UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-    NO. 14-cr-20115

D-5 JACQUELINE BROWN,    HON. GERALD E. ROSEN

    Defendant.
_____/

FILED MAR 13 2014 CLERK'S OFFICE DETROIT

## ACKNOWLEDGMENT OF INDICTMENT

I, **JACQUELINE BROWN**, defendant, hereby acknowledge that I have received a copy of the INDICTMENT in the above-entitled cause prior to pleading thereto, and I have read the same and understand the contents thereof.

I know that if I am convicted or plead guilty, I may be sentenced as follows -

**As to Count 1**: Conspiracy to Submit False Claims (18 U.S.C. §286): 10 years in custody; $250,000 fine; 3 years' supervised release; restitution.

**As to Counts 6**: False Claims (18 U.S.C. §287): 5 years in custody; $250,000 fine; 3 years' supervised release; restitution, per count.

    /s/ Jacqueline E. Brown
    JACQUELINE BROWN
    Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

    /s/ Larry T. Dressell
    LARRY T. DRESSELL, ESQ.
    Attorney for the Defendant

Dated: March 13, 2014