UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                 Case No. 2:14–cr–20115–GER–LJM
                                 Hon. Gerald E. Rosen

Johnnie Denham, Jr, et al.,

           Defendant(s),

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Johnnie Denham, Jr

The defendant(s) shall appear before District Judge Gerald E. Rosen at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 733, Detroit, Michigan, for the following proceeding(s):

- JURY TRIAL:  July 29, 2014 at 09:00 AM
- The PLEA CUTOFF DEADLINE is July 11, 2014.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/J. Owens
                                                    Case Manager

Dated:  May 22, 2014