UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Jacqueline Brown,

    Defendant.

Criminal No. 14-cr-20115

Honorable Gerald E. Rosen

---

**MOTION AND BRIEF TO DISMISS INDICTMENT**

---

The United States of America moves this Court for leave to dismiss the Indictment against Jacqueline Brown in the above-entitled case for the reason that the interest of justice would best be served by this dismissal.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

*s/Craig A. Weier*
Craig A. Weier
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Craig.Weier@usdoj.gov
(313) 226-9678
P33261

*s/With Consent of Barbara L. McQuade*
Barbara L. McQuade
United States Attorney

Dated:  July 9, 2015