UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Jacqueline Brown,

    Defendant.

Criminal No. 14-cr-20115-05

Honorable Gerald E. Rosen

## ORDER OF DISMISSAL

    Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Indictment against Jacqueline Brown. Accordingly, IT IS HEREBY ORDERED that the Indictment against that defendant be dismissed, and that defendant's appearance bond, if any, be canceled.

    s/Gerald E. Rosen
    Gerald E. Rosen
    United States District Judge

Entered: July 10, 2015